In the Matter of SUSAN R. BARNEY, Respondent, v DENNIS G. VAN AUKEN, Appellant.

Submitted February 11, 2013; decided March 26, 2013

Motion for reargument of motion for leave to appeal denied [*see* 20 NY3d 856 (2013)].

Judge RIVERA taking no part.

KATHARINE BISCONE, Appellant, v JETBLUE AIRWAYS CORPORATION, Respondent, et al., Defendants.

Decided March 26, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.